# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| NATIONSRENT, INC., *et al.* | : | Chapter 11 |
| | : | |
| Debtors. | : | Bankruptcy Case Nos. |
| | : | 01-11628 (PJW) |
| | : | through 01-11639 (PJW) |
| | : | |
| NATIONSRENT UNSECURED CREDITORS LIQUIDATING TRUST, PERRY MANDARINO NOT PERSONALLY, BUT AS TRUSTEE | : | Case No. |
| | : | No. 04-1045 (KAJ) |
| Plaintiff, | : | |
| v. | : | |
| NORTRAX EQUIPMENT CO. SE, LLC. | : | |
| Defendant. | : | |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on the 13th day of January, 2006, the undersigned counsel caused a copy of the Defendant's Initial Disclosures to be served on counsel of record in this adversary proceeding via first class mail:

Ashley B. Stitzer, Esq.  
The Bayard Firm  
222 Delaware Avenue, Suite 900  
P.O. Box 25130  
Wilmington, DE 19899

Susan Ericksen, Esq.  
Lowenstein Sandler PC  
65 Livingston Avenue  
Roseland, NH 07068-1791

| | |
|---|---|
| Dated:  January 13, 2006 | **BUCHANAN INGERSOLL PC** |

/s/      *William D. Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, Delaware 19801
(302) 428-5500
(302) 428-3996 (fax)

Counsel for Nortrax SE, LLC