CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 9th day of March, 2006, I caused a true and correct copy of the **Notice of Deposition and Request for Production of Documents Pursuant to Federal Rules of Bankruptcy Procedure 7030 and 7034**, to be served upon the party listed below in the manner indicated.

**VIA HAND DELIVERY**

William D. Sullivan, Esquire
*Buchanan Ingersoll, PC*
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801

Mary E. Augustine (No. 4477)

619787v1