# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NationsRent, Inc., et al.,<br><br><br><div align="center">Debtors.</div> | Case Nos. 01-11628 through 01-11639 (PJW)<br><br>Jointly Administered<br>Chapter 11 |
| NationsRent Unsecured Creditors' Liquidating Trust, Perry Mandarino, not personally, but as Trustee,<br><br><div align="center">Plaintiff,</div><br>v.<br><br>Diamant Boart Inc.<br><br>Bobcat Company<br><br>Nortrax Equipment Co. SE, LLC<br><br>Partner Industrial Products<br><br><div align="center">Defendants.</div> | <br><br><br><br>District Court Case Nos. (KAJ):<br><br>04-CV-1004<br><br>04-CV-1026<br><br>04-CV-1045<br><br>04-CV-1047 |

## ORDER

At Wilmington this **2nd** day of **June, 2006**.

On June 1, 2006, a teleconference occurred with Magistrate Judge Thynge for the purposes of discussing ADR and the possible need for mediation in the above-captioned matters in June 2006. During that teleconference, the court was advised that the remaining four matters were resolved, but that finalization of the settlement documents have not yet occurred. As a result of that teleconference,

IT IS ORDERED that mediation scheduled in these matters in June 2006 is canceled. To assure that documentation of the settlements in those cases occurs within

a reasonable time, a teleconference, if necessary, has been scheduled for **Thursday, June 29, 2006 at 5:00 p.m.** to be organized by plaintiff's counsel.  Counsel for all parties in the above captioned matters are required to participate.  The dial-in number is **888-285-4585** and the participant code is **915723.**

The purpose of the teleconference is to update the court regarding the status of the settlement documents.  Counsel is to advise as soon as possible if any problem arises regarding settlement of these matters.

In any case where settlement has been completed, counsel for the defense need not participate in the teleconference.  In the interim, plaintiff's counsel is to inform the court of those matters where settlement has been completed.  If the documentation has been finalized in all of the above-captioned matters, then the teleconference will be canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE

2