# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NationsRent, Inc., et al.,<br><br>Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br><br>Jointly Administered<br>Chapter 11 |
| NationsRent Unsecured Creditors' Liquidating Trust, Perry Mandarino, not personally, but as Trustee,<br><br>Plaintiff,<br>v.<br><br>Nortrax Equipment Co. SE, LLC<br><br>Defendant. | District Court Case No. (KAJ):<br><br>04-CV-1045 |



FILED
JUL 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## ORDER

At Wilmington this **18th** day of **July, 2006**.

On June 29, 2006, a teleconference occurred with Magistrate Judge Thynge for the purposes of discussing settlement of this matter. During that teleconference, the court was advised that this matter was resolved, but that finalization of the settlement documents have not yet occurred. As a result of that teleconference,

IT IS ORDERED that to assure that documentation of the settlement occurs within a reasonable time, a teleconference, if necessary, has been scheduled for **Tuesday, August 1, 2006 at 9:00 a.m.** to be organized by plaintiff's counsel. Counsel for the parties in the above captioned matter are required to participate. The dial-in number is **888-622-5357** and the participant code is **278986.**

The purpose of the teleconference is to update the court regarding the status of the settlement documents. Counsel is to advise as soon as possible if any problem arises regarding settlement of this matter.

Paintiff's counsel is to inform the court if settlement has been completed. If the documentation has been finalized in the above-captioned matter, then the teleconference will be canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE