IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NationsRent, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 01-11628 through 01-11639 (PJW)<br><br>Jointly Administered |
| Nationsrent Unsecured Creditor's Liquidating Trust, Perry Mandarino, not personally, but as Trustee<br><br>Plaintiff,<br><br>v.<br><br>Nortrax Equipment Co., SE, LLC,<br><br>Defendant. | <br><br><br><br>District Court Case No. 04-CV-1045 (KAJ) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    §
                     §  SS:
NEW CASTLE COUNTY    §

*Michelle M. Dero*, being duly sworn according to law, deposes and says that she is employed by The Bayard Firm, counsel for the Creditor Trust Trustee in the above-captioned action, and that on the 18th day of July, 2006, she caused a copy of the **Order Regarding August 1, 2006 Teleconference** to be served upon the party listed below in the manner indicated.

### VIA HAND DELIVERY

William D. Sullivan, Esquire
*Buchanan Ingersoll PC*
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801

_____
Michelle M. Dero

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP.

624414v1

      ***SWORN TO AND SUBSCRIBED*** before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: July 20, 2006

*[signature]*

Notary Public

JEANNE T. CARRERA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 28, 2010

624414v1